STATE of Missouri, Plaintiff/Respondent,

v.

Edward DANTZSON, Defendant/Appellant.

No. ED 87906.

Missouri Court of Appeals, Eastern District, Division Four.

June 5, 2007.

Michael F. Jones, Saint Louis, MO, for Plaintiff/Respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for Defendant/Appellant.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J. and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Edward Dantzson (Appellant) appeals from the trial court's judgment entered upon a jury verdict finding him guilty of first-degree assault and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and find no instructional error. *State v. Belton,* 153 S.W.3d 307, 310 (Mo.banc 2005). We also find there was sufficient evidence from which a reasonable juror might have found Appellant guilty beyond a reasonable doubt. *State v. Christian,* 184 S.W.3d 597, 602 (Mo.App. E.D.2006). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our deci-

sion to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).